STANDARD ACCIDENT INSURANCE COMPANY, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

(Submitted January 18, 1933; decided February 28, 1933.)

578

*Noel S. Symons* for appellant.

*Fritz Fernow, Ralph M. Andrews* and *H. Kenneth Haller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.